8-10-2015

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON
### ORDER

FIL IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
AUG 17 2015
CHRISTOPHER PRINE
CLERK

APPELLATE CASE NAME : HUNG-LE. V. STATE OF TEXAS
APPELLATE CASE NUMBER : 01-14-01019-CR
TRIAL COURT CASE NUMBER : 1398928
TRIAL COURT : 232ND DISTRICT COURT OF HARRIS County

To whom IT MAY CONCERN.
SORRY I CAN NOT WRITE ENGLISH VERY WELL
So PLEASE HELP ME TO READ IT Thank You

MY NAME is HUNG-LE . TDCJ# 01966229

ON 7-30-2015 The COURT GRANTED ME FOR A 30 day EXTENSION OF TIME TO FILE his PRO SE ANDERS RESPONSE. ON 7-31-15 My SISTER MAILAN LE FILE a MOTION ASK FOR 60 day EXTENSION OF TIME So she CAN ASSIST ME (APPELLANT) AND MAILAN LE's MOTION is DENIED AND THEY Told ME IF I NEED ask FOR additional TIME IT MUST BE FILE by ME (APPELLANT)

So PLEASE MY NAME is HUNG-LE#01966229
(HELP ME)
#01966229
Can you give ME 60 day EXTENSION OF TIME BECAUSE I REALLY NEED IT (TIME)
THANK YOU VERY MUCH FROM THE BOTTOM OF My HEART

F: HUNG - LE # 0196229
CASE - No - 01-14-01019-CR
MICHAEL - UNIT
2664 - FM - 2054
TENNESSEE, COLONY - TX 75886

NORTH TEXAS TX DEN FAC
DALLAS TX 750
12 AUG 2015 PM 11 L

USA
FOREVER

To: COURT - OF - APPEALS
    FIRST - DISTRICT - OF - TEXAS
    301 - FANNIN - STREET
    HOUSTON, TEXAS, 77002~2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

77002~206699